MN,ND-305
(5/94)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:     Randall & Jill Yungerberg

Chapter 7

Case No. 09-32430

Please Check One:

_____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD, LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | 3 | $74.62 | $2.55 |

Date:  July 27, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

# 2505